UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOFIA VILLEGAS,<br><br>Defendant. | CASE NO.:   19CR01483-JLS<br><br>**ORDER COMPELLING DISCOVERY** |
|---|---|

GOOD CAUSE APPEARING, the Court GRANTS Ms. Villegas' motion to compel discovery and ORDERS the probation office to provide defense counsel with all documentation underlying the allegations of noncompliance numbered 4, 7 and 9 in the petition for revocation of supervised release, Doc. No. 80.

IT IS SO ORDERED.

Dated:  July 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge